UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-37 |
| DAWN FARRELL RUIZ | SECTION "H" |

### ORDER AND REASONS

Before the Court is Defendant Dawn Ruiz's Motion for Early Termination of Probation (Doc. 245).

On February 1, 2023, the Court sentenced Defendant to a three-year term of probation and ordered restitution in the amount of $127,608.82 after Defendant pleaded guilty to conspiracy to defraud the United States. On September 23, 2024, Defendant moved for early termination of her probation, arguing that she has paid the full amount of restitution and complied with all other requirements of her probation. Defendant indicates that the Government opposes her request in light of the substantial downward variance she received at sentencing.

Pursuant to 18 U.S.C. § 3564(c), a district court may terminate a term of probation at any time after the expiration of one year if, after considering the factors set forth in § 3553(a), "it is satisfied that such action is warranted by

1

the conduct of the defendant and the interest of justice." "The factors to be analyzed generally concern the nature of the offense, the defendant's history, public safety, and the deterrent effect."[1] The district court has broad discretion in considering requests for early termination of probation.[2] "Courts have generally held that something more than compliance with the terms of probation is required to justify early termination; early termination is usually granted only in cases involving changed circumstances, such as exceptionally good behavior."[3]

Here, Defendant has failed to identify any "changed circumstances" or "exceptionally good behavior" warranting early termination of her probation. "[C]ompliance with the terms of probation does not necessarily equate to 'exceptionally good behavior' justifying early termination."[4] Indeed, "such conduct is expected and required."[5] The Court finds that given the nature of Defendant's offense and the downward variance she has already received, continued supervision is appropriate.

Accordingly;

**IT IS ORDERED** that early termination of probation is not warranted, and Defendant's Motion is **DENIED**.

---

[1] United States v. Hayes, No. 01-311, 2013 WL 5328874, at *1 (E.D. La. Sept. 20, 2013).
[2] United States v. Jeanes, 150 F.3d 483, 484 (5th Cir. 1998).
[3] United State v. Reed, No. CR 15-100, 2020 WL 4530582, at *2 (E.D. La. June 5, 2020).
[4] *Id.*
[5] United States v. Pitman, No. 9:18-CR-16, 2022 WL 2328868, at *2 (E.D. Tex. June 28, 2022).

New Orleans, Louisiana this 18th day of March, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**